UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

RICHARD & JANET ROWLEY,   Case No. 09-22747

                Debtor(s).   Chapter 7 Proceeding
_____/   Hon. Daniel S. Opperman

**STATEMENT REGARDING FUNDS TO BE
DEPOSITED IN U.S. REGISTRY**

    NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $3.26 for deposit in the U.S. Registry as evidenced by the attached check number 3005, made payable to U.S. Bankruptcy Court.

    The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" Under $10 or Unclaimed from the Interim Distribution on or about September 30, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 3 | PYOD LLC | $1.40 |
| 4 | PYOD LLC | $1.86 |
| | TOTAL | $3.26 |

DATED: December 20, 2010

                                                      /s/ Randall L. Frank
                                                      _____
                                                      Randall L. Frank (P33189)
                                                    Chapter 7 Trustee
                                                    310 Davidson Building
                                                    P.O. Box 2220
                                                    Bay City, Michigan  48707
                                                    Telephone: (989) 893-2461
                                                    randall.frank@gmail.com